# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PETER REIMONENQ

NO. 2021 KW 0487

**JUNE 04, 2021**

---

In Re:    Peter Reimonenq, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 3208-F-2020.

---

**BEFORE:    GUIDRY, McDONALD, AND McCLENDON, JJ.**

**WRIT GRANTED.** The trial court's ruling denying the motion to quash is reversed, and counts 2, 3, 4, and 5 in the bill of information are hereby quashed. Pursuant to the definition of "child" in La. Ch. Code art. 804(1)(b), relator, who was seventeen years old at the time he committed the non-violent offenses charged in counts 2 through 5, was a child. Further, the juvenile court has exclusive original jurisdiction over delinquency proceedings pursuant to Title VIII of the Louisiana Children's Code, unless one of the enumerated exceptions set forth in La. Ch. Code art. 303 is applicable. The State has not demonstrated that any of the enumerated exceptions set forth in La. Ch. Code art. 303 are applicable. Therefore, the juvenile court has exclusive jurisdiction over these alleged offenses, which requires the State to file a petition in juvenile court. The criminal district court retains jurisdiction over count 1, which is defined as a crime of violence in La. R.S. 14:2(B).

JMG
JMM
PMc

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT